## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID HARBISON, ) | |
| Plaintiff, ) | |
| v. ) | No.   14-cv-194 JPG/PMF |
| JERRY MCELROY, ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation (Doc. 16), which the Court construes as a motion to dismiss. Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. The defendant having no objections, the Court hereby **GRANTS** the motion to dismiss with prejudice and **DIRECTS** the Clerk of Court to close this case.

DATED: April 2, 2015

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE